IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE WILSON, | ) | |
| Petitioner, | ) | 8:19CV85 |
| v. | ) | |
| BRAD JOHNSON, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion to Amend (filing no. 13) and Motion for Reconsideration (filing no. 14) are denied.

DATED this 10th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge