IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JESSE WILSON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:19CV85 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD JOHNSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Judgment in this habeas corpus case was entered for the Respondent on March 26, 2019. On April 25, 2019, Petitioner submitted a Motion for Discovery of New Evidence. On April 29, 2019, I denied the motion. Petitioner has filed a Notice of Appeal regarding that denial. He does not purport to appeal the Memorandum and Order and Judgment I entered on March 26, 2019. Having carefully considered the matter,

IT IS ORDERED that Petitioner's purported appeal is not taken in good faith pursuant Rule 24(a)(3) of the Federal Rules of Appellate Procedure. It is frivolous. The Clerk shall process the appeal in accordance with the standard operating procedure.

DATED this 3rd day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge